# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY VALENTINO GRISSOM,<br><br>Plaintiff,<br><br>v.<br><br>MODESTO POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 1:21-cv-01273-NONE-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION OR PAY FILING FEE<br><br>(ECF No. 2)<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Tony Valentino Grissom filed a complaint in this action on August 13, 2021. (ECF No. 1.) The case was transferred from the Sacramento division to the Fresno division on August 23, 2021. (ECF No. 3.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not sufficiently completed for the Court to determine if he is entitled to proceed in this action without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiffs must pay the filing fee in full.

/ / /

/ / /

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3. Within **twenty-one (21) days** of the date of this order, Plaintiffs shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order.

IT IS SO ORDERED.

Dated:   **August 24, 2021**

UNITED STATES MAGISTRATE JUDGE