# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY VALENTINO GRISSOM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MODESTO POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01273-NONE-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 5) |

Plaintiff Tony Valentino Grissom, also known as Hawk Silverdragon Trust ("Plaintiff"), proceeding *pro se* in this action, filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on August 13, 2021. (ECF No. 2.) On August 23, 2021, the Court denied Plaintiff's application and ordered Plaintiff to either file a long form application to proceed *in forma pauperis* or pay the filing fee in this action. (ECF No. 4.) On September 15, 2021, Plaintiff filed a long form application to proceed *in forma pauperis*. (ECF No. 5.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

/ / /

/ / /

/ / /

1

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:     **September 16, 2021**

UNITED STATES MAGISTRATE JUDGE