UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY VALENTINO GRISSOM,<br><br>             Plaintiff,<br><br>     v.<br><br>MODESTO POLICE DEPARTMENT, et al.,<br><br>             Defendants. | Case No.  1:21-cv-01273-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM AND FAILURE TO PROSECUTE/OBEY A COURT ORDER<br><br>(Doc. 11) |

The assigned magistrate judge issued findings and recommendations that the action be dismissed for failure to state a claim and failure to prosecute/obey a court order. (Doc. 11.) The court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 20, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) The magistrate judge provided plaintiff 21 days to file objections to the findings and recommendations. (*Id.*) He did not do so filed, and the time to object has expired.

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of the case. Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

   1. The Findings and Recommendations dated March 23, 2022 (Doc. 11), are

1

1           **ADOPTED** in full.

2       2.      This action is **DISMISSED**, without prejudice.

3       3.      The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

   Dated:   **April 20, 2022**                               *Jennifer L. Thurston*
                                                         UNITED STATES DISTRICT JUDGE

2